# Order

Michigan Supreme Court
Lansing, Michigan

August 7, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161728(34)

WAYNE COUNTY JAIL INMATES,
      Plaintiffs-Appellants,

v

WILLIAM LUCAS as WAYNE COUNTY
SHERIFF, WAYNE COUNTY COMMISSION,
and WAYNE COUNTY EXECUTIVE,
      Defendants-Appellees.
_____/

SC: 161728
COA: 354075
Wayne CC: 71-173217-CZ

On order of the Chief Justice, the motion of the Michigan Sheriffs' Association to file a brief amicus curiae is GRANTED. The amicus brief submitted on July 31, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 7, 2020



Clerk